UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | | |
|---|---|---|
| CHARRON DETRAIL BUTTS, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 7: 21-097-WOB |
| v. | ) ) | |
| HECTOR JOYNER, WARDEN, | ) ) | **JUDGMENT** |
| Respondent | ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Charron Detrail Butts's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 15th day of March, 2022.



Signed By:
William O. Bertelsman  WOB
United States District Judge

-1-